UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| JAVIER ALVAREZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:13-cv-255-CLC-SKL |
| | ) |
| COCA-COLA BOTTLING COMPANY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is a motion to withdraw [Doc. 16] filed by Coca-Cola Bottling Company ("Defendant") seeking leave for Attorney James F. Exum to withdraw as counsel of record for Defendant. Defendant represents that due to Attorney Mary C. DeCamp entering an appearance [Doc. 15] Attorney Exum's involvement in this matter is no longer necessary. Attorneys D. Scott Bennett and Mary C. DeCamp and the law firm of Leitner, Williams, Dooley & Napolitan, PLLC will continue to represent Defendant in this action.

Accordingly, the motion to withdraw [Doc. 16] is **GRANTED**. The Clerk is **DIRECTED** to terminate James F. Exum as counsel of record for Defendant.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE